| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Amended<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hogan, Thomas F | 2. Court or Organization<br><br>U.S. District Court for D.C. | 3. Date of Report<br><br>8/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>4114 U.S. Courthouse<br>333 Constitution Ave., N.W.<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE
Nov 8 10 59 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | 2003 Medical Practice |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NationsBank | 1st Trust - Prof. Office Bldg. | L |
| 2. | Alliance Mortgage (formerly known as Chase Home Mortgage) | Mort. on country property | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Ch. Ch. S&L | A | Interest | K | T | | | | | |
| 2.   FNMA | A | Dividend | K | T | | | | | |
| 3.   Cisco Systems   ± | | None | J | T | | | | | |
| 4.   Allied Capital Corp. | B | Dividend | K | T | | | | | |
| 5.   Analex (X) | | None | J | T | | | | | |
| 6.   AT&T | A | Dividend | J | T | | | | | |
| 7.   F & M Bancorp. | A | Dividend | | | sell | 08/27 | K | D | merger |
| 8.   Anhauser-Busch | A | Dividend | J | T | | | | | |
| 9.   Choice Hotels | | None | J | T | | | | | |
| 10.   Cigna | A | Dividend | J | T | | | | | |
| 11.   Choice Hotels | | None | J | T | | | | | |
| 12.   Comcast Corp Class A | | None | J | T | | | | | |
| 13.   Lucent (X) | | None | J | T | | | | | |
| 14.   Manor Care | | None | J | T | | | | | |
| 15.   Manor Care | | None | J | T | | | | | |
| 16.   Bank of America Corporation | A | Dividend | J | T | | | | | |
| 17.   PG Co. Bond REDG Lt. Cons. (due 7/1/08 | A | Interest | J | T | | | | | |
| 18.   Howard Co. Cons. Bond | A | Interest | | | redemption | 5/08 | J | D | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000     G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes                J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                        P4 = More than $50,000,000
3. Value Method Codes         Q = Appraisal             R = Cost (Real Estate Only)   S = Assessment         T = Cash/Market
   (See Column C2)             U = Book Value            V = Other                 W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Md. State DOT Cons due 12/15/05 | A | Interest | J | T | | | | | |
| 20. PG Co. EDG Cons. due 10/01/04 | A | Interest | K | T | | | | | |
| 21. WSSC (due 06/01/11) | A | Interest | J | T | | | | | |
| 22. Riggs Nat. Bk. Ch. Accts. | A | Interest | J | T | | | | | |
| 23. Sovereign Bancorp | | None | J | T | | | | | |
| 24. OBA Fed. escrow | A | Interest | J | T | | | | | |
| 25. Gas Tank Jt. Ven. | B | Distribution | K | W | | | | | |
| 26. Atlas Gas Well | A | Royalty | J | W | | | | | |
| 27. Sussex Co., DE 1/2 int. | D | Rent | M | W | | | | | |
| 28. Adams Co., PA - country property | | None | M | W | | | | | |
| 29. Country Prop. 1/3 sh. Adams Co., PA | | None | K | W | | | | | |
| 30. Traford Lane Ptnrship. Fairfax Co., VA. | D | Rent | L | W | | | | | |
| 31. Ga. hsg. ptnrsh., c/o Winthrop Boston | C | Distribution | J | W | | | | | |
| 32. Ch. Ch. S&L | A | Interest | J | T | | | | | |
| 33. Ch. Ch. S&L | A | Interest | J | T | | | | | |
| 34. IRA | | | | | | | | | |
| 35. (SB) Citibank deposit program | A | Interest | J | T | | | | | (SB) = Smith Barney |
| 36. Glenborough Rlty Tr. | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy; sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Kinder Morgan, Inc. | | None | J | T | | | | | |
| 38. FICO strip bond due 8/03/04 | | None | J | T | | | | | |
| 39. Del. Charter G & T, TTE    PSP, ret. p. as follows: | | | | | | | | | |
| 40. Smith Barney Money Fund | A | Interest | K | T | | | | | |
| 41. Fed. Nat'l Mort. Assn. Note due 2/4/13 | | Interest | | | Called | 08/07 | J | B | |
| 42. Bonds: | | | | | | | | | |
| 43. FICO Strips due 10/05/03 | | None | | | matured | 10/06 | J | C | |
| 44. FICO Strips due 4/06/04 | B | Interest | J | T | | | | | |
| 45. FICO Strips Gen. due 5/30/05 | B | Interest | J | T | | | | | |
| 46. FICO Strip C due 5/30/06 | B | Interest | J | T | | | | | |
| 47. FICO Strips due 5/30/07 | B | Interest | K | T | | | | | |
| 48. FICO Strips due 8/08/08 | B | Interest | K | T | | | | | |
| 49. FNMA Cpn. due 9/25/20 | A | Interest | J | T | | | | | |
| 50. Stocks: | | | | | | | | | |
| 51. Cisco | | None | J | T | Buy | | J | | see explanation |
| 52. Coca-Cola | A | Dividend | J | T | | | | | |
| 53. Comcast Class A | A | Dividend | J | T | | | | | |
| 54. Constellation | | None | J | T | buy | 07/03 | J | | |

Income/Gain Codes:  A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2 Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
  = $25,000,001-$50,000,000  P4 = $More than $50,000,000
Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Dell Computer | | None | J | T | | | | | |
| 56. Scottis Co | | None | J | T | buy | 07/30 | J | | |
| 57. Comcast Cl. A SPL | | None | K | T | | | | | |
| 58. E-Funds 1/3/01, spin off from Deluxe Corp. | | None | J | T | | | | | |
| 59. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 60. Kinder Mortgage Energy | A | Dividend | K | T | | | | | |
| 61. Pepsico | A | Dividend | K | T | | | | | |
| 62. Soverign Banking | A | Dividend | K | T | | | | | |
| 63. Yum Brands | | None | J | T | | | | | |
| 64. Vishay Intertech | | None | K | T | | | | | |
| 65. Wal-Mart | A | Dividend | K | T | | | | | |
| 66. AIM Income Fund | A | Dividend | J | T | Buy | 7/30 | J | | |
| 67. Mort. Sec. Tr. CMO Ser 15 Int. | B | Dividend | J | T | | | | | |
| 68. Mutual Funds: | | | | | | | | | |
| 69. Evergreen FD Class C | A | Dividend | K | T | | | | | |
| 70. Templeton Emer. MKTS | B | Dividend | J | T | | | | | |
| 71. IRA: | | | | | | | | | |
| 72. CitiBank Deposit Program | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| | | |
|---|---|---|
| Name of Person Reporting<br>Hogan, Thomas F | Date of Report<br>8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73. Glenborough Realty Corp. | A | Dividend | J | T | | | | | |
| 74. Carramerica Realty Corp. | A | Dividend | J | T | | | | | |
| 75. Bonds: | | | | | | | | | |
| 76. U.S. Treas. strips due 8/15/05 | | None | J | T | | | | | |
| 77. U.S. Treas. strips due 5/15/06 | | None | J | T | | | | | |
| 78. (SB)CitiBank dep.program | A | Interest | K | T | | | | | (SB) == Smith<br>Barney |
| 79. Bonds: | | | | | | | | | |
| 80. FNMA Note, due 2/14/13 | | None | J | T | | | | | |
| 81.: Cert. Accru. Ser. E coupon due 5/15/06 | | None | J | T | | | | | |
| 82. US Strips due 5/15/03 | | None | | | matured | 05/15 | J | A | |
| 83. FICO Strips Ser 5, 2/08/04 | | None | J | T | | | | | |
| 84. Cert Accru Ser U, 8/15/10 | | None | J | T | | | | | |
| 85. Callable TR, due 5/15/05 | | None | J | T | | | | | |
| 86. Cert Accru Ser Z, 5/15/05 | | None | J | T | | | | | |
| 87. Gvt. Tr. Ctfs, 5/15/05 | | None | J | T | | | | | |
| 88. Gvt. Tr. Ctfs, 11/15/08 | | None | J | T | | | | | |
| 89. GNMA Pass Thru, cpn 7/15/05 | A | Interest | J | T | | | | | |
| 90. FICO strips SR 10 5/30/06 | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hogan, Thomas F | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. FICO Strips SR 12, 6/6/06 | | None | K | T | | | | | |
| 92. FICO Strips SR 8, 8/03/06 | | None | K | T | | | | | |
| 93. FICO Strips SR 6, 8/03/06 | | None | K | T | | | | | |
| 94. FICO Strips, 10/06/07 | | None | K | T | | | | | |
| 95. FICO Strips, 11/02/07 | | None | J | T | | | | | |
| 96. FICO Strips due 6/06/08 | | None | J | T | | | | | |
| 97. FICO Strips SR 11, 2/08/09 | | None | K | T | | | | | |
| 98. FICO Strips Ser E, 11/02/09 | | None | J | T | | | | | |
| 99. FNG 92 59D seq. cpn. 10/25/22 | A | Interest | J | T | | | | | |
| 100. Maryland Balto. Medical Ctr due 7/1/2025 | B | Interest | K | T | | | | | |
| 101. Time/Warner | | None | J | T | | | | | |
| 102. Wells Fargo | A | divided | K | T | buy | 04/16 | K | | |
| 103. Bellsouth Corp. | A | Dividend | J | T | | | | — | |
| 104. Centerpoint Props. | A | Dividend | J | T | | | | | |
| 105. Chevron Texaco | | None | K | T | buy | 11/05 | K | | |
| 106. Cisco Systems | | None | J | T | buy | 03/13 | J | | |
| 107. Costco | | None | J | T | | | | | |
| 108. Dell Computer Corp. | | None | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Column B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D5)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
See Column C2  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Delhaize Computer Corp. | A | Dividend | J | T | | | | | |
| 110. Exelon | A | Dividend | J | T | | | | | |
| 111. Exxon | A | Dividend | K | T | buy | 11/5 | K | | |
| 112. Fed. Home Loan Mort. | A | Dividend | K | T | sell | 7/10 | K | | |
| 113. Fannie Mae | A | Interest | | | sell | 10/28 | K | C | |
| 114. Fannie Mae | A | Dividend | K | T | sell/partial | 12/23 | J | A | |
| 115. Fed. Realty Inv. Tr. | A | Dividend | | | sell | 10/28 | K | C | |
| 116. Eli Lilly & Co. | A | Dividend | K | T | | | | | |
| 117. Federal Express | | None | K | T | buy | 11/5 | K | | |
| 118. En Bridge Energy Partners GE | A | Dividend | K | T | buy | 03/10 | K | | |
| 119. IBM | A | Dividend | J | T | | | | | |
| 120. J.P. Morgan Chase | A | Dividend | K | T | | | | | |
| 121. Kinder Morgan Energy | A | Dividend | J | T | | | | | |
| 122. Medco | | | | | sell | 8/12 | J | A | |
| 123. Merck & Co. | A | Dividend | K | T | | | | | |
| 124. Microsoft | A | Dividend | J | T | | | | | |
| 125. Neurogen Corp. | | None | J | T | | | | | |
| 126. Pfizer, Inc. | A | Dividend | K | T | | | | | |

Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2 Value Codes     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
Column C2     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Proctor & Gamble | A | Dividend | K | T | buy | 03/10 | K | | |
| 128. Sanchez Computer Assoc. | | None | J | T | | | | | |
| 129. Teppco Partners | A | Dividend | J | T | | | | | |
| 130. 3M | A | Dividend | J | T | buy | 03/10 | J | | |
| 131. Mutual Funds: | | | | | | | | | |
| 132. VKAAC Emerg. Grwth. reinvest divs. & buy monthly | | None | K | T | | | | | |
| 133. VKAAC Equity Inc. reinvest div & buy monthly | | None | K | T | | | | | |
| 134. Louisiana 6% 5-1-04 Gen. Oblig. Book Entry | B | Interest | K | T | | | | | |
| 135. Midland TX 5.9% 3-1-2016 Ctf. of Oblig. Book Entry | A | Interest | J | T | | | | | |
| 136. Western Oaks TX 6.5% 1-22-02 Mun. Utils. Dist. | B | Interest | K | T | | | | | |
| 137. Centennial MM Tr. Money Market | A | Interest | K | T | | | | | |
| 138. Mutual Fund: | | | | | | | | | |
| 139. Franklin Tax Free Trust High Yield T xfree Income Fnd. | A | Dividend | K | T | | | | - | |
| 140. Oil & Gas well Shares: | | | | | | | | | |
| 141. Total Fina Elf. | B | Royalty | J | W | | | | | |

| Income/Gain Codes: (See Columns B¹ and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hogan, Thomas F | 8/13/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Number 51. Cisco: Purchased June 28, 1999, omitted from '02 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____                     Date _Nov. 2, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)  Hogan, Thomas F | 2. Court or Organization  U.S. District Court for D.C. | 3. Date of Report  8/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5. ReportType (check appropriate type)  ○ Nomination.    Date  ○ Initial    ● Annual    ○ Final | 6. Reporting Period  1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address  4114 U.S. Courthouse  333 Constitution Ave., N.W.  Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)
☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)
☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 16 1 28 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | 2003 Medical Practice |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | NationsBank | 1st Trust - Prof. Office Bldg. | L |
| 2. | Alliance Mortgage (formerly known as Chase Home Mortgage) | Mort. on country property | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Ch. Ch. S&L | A | Interest | K | T | | | | | |
| 2.  FNMA | A | Dividend | K | T | | | | | |
| 3.  Cisco Systems | | None | J | T | | | | | |
| 4.  Allied Capital Corp. | B | Dividend | K | T | | | | | |
| 5.  Analex | A | None | J | T | | | | | |
| 6.  AT&T | A | Dividend | J | T | | | | | |
| 7.  F & M Bancorp. | A | Dividend | J | T | sell | 08/27 | K | D | merger |
| 8.  Anhauser-Busch | A | Dividend | J | T | | | | | |
| 9.  Choice Hotels | | None | J | T | | | | | |
| 10.  Cigna | A | Dividend | J | T | | | | | |
| 11.  Choice Hotels | | None | J | T | | | | | |
| 12.  Comcast Corp Class A | | | J | T | | | | | |
| 13.  Lucent | | | J | T | | | | | |
| 14.  Manor Care | | None | J | T | | | | | |
| 15.  Manor Care | | None | J | T | | | | | |
| 16.  Bank of America Corporation | A | Dividend | J | T | | | | | |
| 17.  PG Co. Bond REDG Lt. Cons. (due 7/1/08 | A | Interest | J | T | | | | | |
| 18.  Howard Co. Cons. Bond | A | Interest | J | T | redemption | 5/08 | J | D | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hogan, Thomas F | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Md. State DOT Cons due 12/15/05 | A | Interest | J | T | | | | | |
| 20. PG Co. REDG Cons. due 10/01/04 | A | Interest | K | T | | | | | |
| 21. WSSC (due 06/01/11) | A | Interest | J | T | | | | | |
| 22. Riggs Nat. Bk. Ch. Accts. | A | Interest | J | T | | | | | |
| 23. Sovereign Bancorp | | None | J | T | | | | | |
| 24. OBA Fed. escrow | A | Interest | J | T | | | | | |
| 25. Gas Tank Jt. Ven. | B | Distribution | K | W | | | | | |
| 26. Atlas Gas Well | A | Royalty | J | W | | | | | |
| 27. Sussex Co., DE 1/2 int. | D | Rent | M | W | | | | | |
| 28. Adams Co., PA - country property | | None | M̄ | W | | | | | |
| 29. Country Prop. 1/3 sh. Adams Co., PA | | None | K | W | | | | | |
| 30. Traford Lane Ptnrship. Fairfax Co., VA. | D | Rent | L | W | | | | | |
| 31. Ga. hsg. ptnrsh., c/o Winthrop Boston | C | Distribution | J | W | | | | | |
| 32. Ch. Ch. S&L | A | Interest | J | T | | | | | |
| 33. Ch. Ch. S&L | A | Interest | J | T | | | | | |
| 34. IRA | | | | | | | | | |
| 35. (SB) Citibank deposit program | A | Interest | J | T | | | | | (SB) = Smith Barney |
| 36. Glenborough Rlty Tr. | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Kinder Morgan, Inc. | | None | J | T | | | | | |
| 38. FICO strip bond due 8/03/04 | | None | J | T | | | | | |
| 39. Del. Charter G & T, TTE     PSP, ret. p. as follows: | | | | | | | | | |
| 40.     Smith Barney Money Fund | A | Interest | K | T | | | | | |
| 41. Fed. Nat'l Mort. Assn. Note due 2/4/13 | | Interest | | | Called | 08/07 | J | B | |
| 42. Bonds: | | | | | | | | | |
| 43. FICO Strips due 10/05/03 | | None | J | T | matured | 10/06 | J | C | |
| 44. FICO Strips due 4/06/04 | B | Interest | J | T | | | | | |
| 45. FICO Strips Gen. due 5/30/05 | B | Interest | J | T | | | | | |
| 46. FICO Strip C due 5/30/06 | B | Interest | J | T | | | | | |
| 47. FICO Strips due 5/30/07 | B | Interest | K | T | | | | | |
| 48. FICO Strips due 8/08/08 | B | Interest | K | T | | | | | |
| 49. FNMA Cpn. due 9/25/20 | A | Interest | J | T | | | | | |
| 50. Stocks: | | | | | | | | | |
| 51. Cisco | | None | J | T | Buy | | | | see explanation |
| 52. Coca-Cola | A | Dividend | J | T | | | | | ... |
| 53. Comcast Class A | A | Dividend | J | T | | | | | |
| 54. Constellation | | None | J | T | buy | 07/03 | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Dell Computer | | None | J | T | | | | | |
| 56. Scottis Co | | None | J | T | buy | 07/30 | | | |
| 57. Comcast Cl. A SPL | | None | K | T | | | | | |
| 58. E-Funds 1/3/01, spin off from Deluxe Corp. | | None | J | T | | | | | |
| 59. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 60. Kinder Mortgage Energy | A | Dividend | K | T | | | | | |
| 61. Pepsico | A | Dividend | K | T | | | | | |
| 62. Soverign Banking | A | Dividend | K | T | | | | | |
| 63. Yum Brands | | None | J | T | | | | | |
| 64. Vishay Intertech | | None | K | T | | | | | |
| 65. Wal-Mart | A | Dividend | K | T | | | | | |
| 66. AIM Income Fund | A | Dividend | J | T | Buy | 7/30 | | | |
| 67. Mort. Sec. Tr. CMO Ser 15 Int. | B | Dividend | J | T | | | | | |
| 68. Mutual Funds: | | | | | | | | | |
| 69. Evergreen FD Class C | A | Dividend | K | T | | | | | |
| 70. Templeton Emer. MKTS | B | Dividend | J | T | | | | | |
| 71. IRA: | | | | | | | | | |
| 72. CitiBank Deposit Program | A | Interest | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS -- income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1 (A -H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2 (J-P) | (2)<br>Value Method Code 3 (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month - Day | (3)<br>Value Code 2 (J-P) | (4)<br>Gain Code 1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 73. Glenborough Realty Corp. | A | Dividend | J | T | | | | | |
| 74. Carramerica Realty Corp. | A | Dividend | J | T | | | | | |
| 75. Bonds: | | | | | | | | | |
| 76. U.S. Treas. strips due 8/15/05 | | | J | T | | | | | |
| 77. U.S. Treas. strips due 5/15/06 | | | J | T | | | | | |
| 78. (SB)CitiBank dep.program | A | Interest | K | T | | | | | (SB) = Smith Barney |
| 79. Bonds: | | | | | | | | | |
| 80. FNMA Note, due 2/14/13 | | None | J | T | | | | | |
| 81. Cert. Accru. Ser. E coupon due 5/15/06 | | None | J | T | | | | | |
| 82. US Strips due 5/15/03 | | None | J | T | matured | 05/15 | J | A | |
| 83. FICO Strips Ser 5, 2/08/04 | | None | J | T | | | | | |
| 84. Cert Accru Ser U, 8/15/10 | | None | J | T | | | | | |
| 85. Callable TR, due 5/15/05 | | None | J | T | | | | | |
| 86. Cert Accru Ser Z, 5/15/05 | | None | J | T | | | | | |
| 87. Gvt. Tr. Ctfs, 5/15/05 | | None | J | T | | | | | |
| 88. Gvt. Tr. Ctfs, 11/15/08 | | None | J | T | | | | | |
| 89. GNMA Pass Thru, cpn 7/15/05 | A | Interest | J | T | | | | | |
| 90. FICO strips SR 10 5/30/06 | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month–Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. FICO Strips SR 12, 6/6/06 | | None | K | T | | | | | |
| 92. FICO Strips SR 8, 8/03/06 | | None | K | T | | | | | |
| 93. FICO Strips SR 6, 8/03/06 | | None | K | T | | | | | |
| 94. FICO Strips, 10/06/07 | | None | K | T | | | | | |
| 95. FICO Strips, 11/02/07 | | None | J | T | | | | | |
| 96. FICO Strips due 6/06/08 | | None | J | T | | | | | |
| 97. FICO Strips SR 11, 2/08/09 | | None | K | T | | | | | |
| 98. FICO Strips Ser E, 11/02/09 | | None | J | T | | | | | |
| 99. FNG 92 59D seq. cpn. 10/25/22 | A | Interest | J | T | | | | | |
| 100. Maryland Balto. Medical Ctr due 7/1/2025 | B | Interest | K | T | | | | | |
| 101. Time/Warner | | None | J | T | | | | | |
| 102. Wells Fargo | A | divided | K | T | buy | 04/16 | K | | |
| 103. Bellsouth Corp. | A | Dividend | J | T | | | | – | |
| 104. Centerpoint Props. | A | Dividend | J | T | | | | | |
| 105. Chevron Texaco | | | K | T | buy | 11/05 | K | | |
| 106. Cisco Systems | | None | J | T | buy | 03/13 | J | | |
| 107. Costco | | None | J | T | | | | | |
| 108. Dell Computer Corp. | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS  -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. Delhaize Computer Corp. | A | Dividend | J | T | | | | | |
| 110. Exelon | A | Dividend | J | T | | | | | |
| 111. Exxon | A | Dividend | K | T | buy | 11/5 | K | | |
| 112. Fed. Home Loan Mort. | A | Dividend | K | T | sell | 7/10 | K | | |
| 113. Fannie Mae | A | Interest | K | T | sell | 10/28 | K | C | |
| 114. Fannie Mae | A | Dividend | J | T | sell | 12/29 | J | A | |
| 115. Fed. Realty Inv. Tr. | A | Dividend | J | T | sell | 10/28 | K | C | |
| 116. Eli Lilly & Co. | A | Dividend | K | T | | | | | |
| 117. Federal Express | | | K | T | buy | 11/5 | K | | |
| 118. En Bridge Energy Partners GE | A | Dividend | K̃ | T | buy | 03/10 | K | | |
| 119. IBM | A | Dividend | J | T | | | | | |
| 120. J.P. Morgan Chase | A | Dividend | K | T | | | | | |
| 121. Kinder Morgan Energy | A | Dividend | J | T | | | | | |
| 122. Medco | | | J | T | | | | | |
| 123. Merck & Co. | A | Dividend | K | T | | | | | |
| 124. Microsoft | A | Dividend | J | T | | | | | |
| 125. Neurogen Corp. | | None | J | T | | | | | |
| 126. Pfizer, Inc. | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F | 8/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. Proctor & Gamble | | | K | T | buy | 03/10 | K | | |
| 128. Sanchez Computer Assoc. | | None | J | T | | | | | |
| 129. Teppco Partners | A | Dividend | J | T | | | | | |
| 130. 3M | A | Dividend | J | T | buy | 03/10 | J | | |
| 131. Mutual Funds: | | | | | | | | | |
| 132. VKAAC Emerg. Grwth. reinvest divs. & buy monthly | | None | K | T | | | | | |
| 133. VKAAC Equity Inc. reinvest div & buy monthly | | None | K | T | | | | | |
| 134. Louisiana 6% 5-1-04 Gen. Oblig. Book Entry | B | Interest | K | T | | | | | |
| 135. Midland TX 5.9% 3-1-2016 Ctf. of Oblig. Book Entry | A | Interest | J | T | | | | | |
| 136. Western Oaks TX 6.5% 1-22-02 Mun. Utils. Dist. | B | Interest | K̄ | T | | | | | |
| 137. Centennial MM Tr. Money Market | A | Interest | K | T | | | | | |
| 138. Mutual Fund: | | | | | | | | | |
| 139. Franklin Tax Free Trust High Yield Taxfree Income Fnd. | A | Dividend | K | T | | | | | |
| 140. Oil & Gas well Shares: | | | | - | | | | | |
| 141. Total Fina Elf. | B | Royalty | J | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Number 51. Cisco: Purchased June 28, 1999, omitted from '02 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur███████████████████████      Date _Aug 13, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544